No. 11–5381. WHEELER-CHRIST *v.* MONTGOMERY COUNTY, MARYLAND. C. A. 4th Cir.;

No. 11–5384. JACOBSON ET AL. *v.* SCHWARZENEGGER ET AL. C. A. 9th Cir.;

No. 11–5417. BAFFORD *v.* MIDFIRST BANK ET AL. C. A. 11th Cir.;

No. 11–5433. TRAN *v.* NEWPORT NEWS HOLDING CORP. C. A. 4th Cir.;

No. 11–5549. PHILLIPS *v.* JAMES ET AL. C. A. 3d Cir.;

No. 11–5554. CESLIK *v.* MILLER FORD, INC. C. A. 2d Cir.;

No. 11–5664. OCHOA *v.* RUBIN. Super. Ct. Pa.;

No. 11–5682. REYES *v.* UNITED STATES. C. A. 11th Cir.;

No. 11–5687. EWING *v.* UNITED STATES. C. A. 4th Cir.;

No. 11–5886. BROWN *v.* UNITED STATES. C. A. 4th Cir.; and

No. 11–5954. LATOS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 24, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–10699. RAY *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [564 U. S. 1033] denied.

No. 10–11168. IN RE RUDAJ; and

No. 11–5102. KLEIN *v.* TALKIN, MUCCIGROSSO & ROBERTS, L. L. P. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 24, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court. JUSTICE KAGAN took no part in the consideration or decision of these motions.

No. 10–7304. IN RE ROANE;

No. 10–10930. IN RE WILLIAMS;

No. 10–11163. IN RE JOHNSON;

No. 11–5019. IN RE JACKSON;

No. 11–5061. IN RE ALLAH;

No. 11–5107. IN RE MYERS;

No. 11–5130. IN RE ZIERKE;

No. 11–5200. IN RE NAIDU;

No. 11–5227. IN RE SWEENEY;

No. 11–5354. IN RE SIMMS;

No. 11–5555. IN RE DUNBAR;

No. 11–5624. IN RE BLOOD;

No. 11–5657. IN RE HUMPHREY;

No. 11–5756. IN RE JOELSON;

No. 11–5781. IN RE SAYADI-TAKHTEHKAR;

No. 11–5838. IN RE TURNER;

No. 11–5894. IN RE WASHINGTON;

No. 11–5917. IN RE PEREZ;

No. 11–5951. IN RE ABPIKAR;

No. 11–5978. IN RE PARKER;

No. 11–6007. IN RE MONTGOMERY; and

No. 11–6138. IN RE POULLARD. Petitions for writs of habeas corpus denied.

No. 10–11104. IN RE TRENKLER. Petition for writ of habeas corpus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5078. IN RE MOORE. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 10–1350. IN RE ZENTMYER;

No. 10–10279. IN RE MAY;

No. 10–10902. IN RE CHARLEY;

No. 10–10963. IN RE STIMAC;

No. 10–11218. IN RE HALL;

No. 11–3. IN RE COWAN ET UX.;

No. 11–77. IN RE ROTH;

No. 11–5014. IN RE PAPA ET UX.;

No. 11–5015. IN RE MARKOVICH;

No. 11–5095. IN RE BROWN;

No. 11–5191. IN RE ROBERTSON;

No. 11–5398. IN RE LOGGINS; and

No. 11–5488. IN RE MERCALDO. Petitions for writs of mandamus denied.

No. 11–5313. IN RE HETTLER; and

No. 11–5349. IN RE WILLIAMS. Motions of petitioners for leave to proceed *in forma pauperis* denied, and petitions for writs of mandamus dismissed. See this Court's Rule 39.8.